MICHAELA D. STOLOW, Respondent, v. HENRY STOLOW, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

■

In the Matter of PHILIP L. SINGER et al., Respondents, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Defendant, and NATHAN UDELL, Intervener, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the intervener, appellant, and the determination of the State Rent Administrator reinstated upon the ground that there was sufficient factual evidence adduced to support the State Rent Administrator's finding of lack of good faith of the landlord in the application. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

■

In the Matter of JESSIE BRINN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 929.]

■

CLIFFORD PASCOE et al., Doing Business as ARTEK-PASCOE, v. ELECTROMATIC MANUFACTURING CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ. [See 280 App. Div. 922.]

■

In the Matter of the Arbitration between FRED O. SCHOEFFER, Appellant, and LOWELL ADAMS FACTORS CORP., Respondent. FRED O. SCHOEFFER, Appellant, v. LOWELL ADAMS FACTORS CORP. et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 887.]

■

EVA M. SUREAU v. JOHN D. SUREAU.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Breitel, JJ. [See 280 App. Div. 927.]

■

ELEANOR KEMPFNER, Respondent, et al., Plaintiffs, v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA et al., Defendants, and NATIONAL CASUALTY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 967.]

■

PENNSYLVANIA RAILROAD COMPANY v. L. N. WHITE & Co., INC.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 587.]